**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **LINDA K. BERGE,** )<br>          **Plaintiff,** )<br>          v. )<br>**MICHAEL J. ASTRUE,** )<br>**Commissioner of the Social** )<br>**Security Administration,** )<br>          **Defendant.** ) | Case No. EDCV 07-00649 AJW<br><br>**J U D G M E N T** |

    **IT IS ADJUDGED** that defendant's decision is **affirmed.**

DATED: May 16, 2008

                                                 /s/<br>
                                    ANDREW J. WISTRICH<br>
                                    United States Magistrate Judge